# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARREN ADAMS,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 74242

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a "motion for hearing on application under NRS 484C.340, and to compel acceptance into serious offender program." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because no statute or court rule provides for an appeal from the aforementioned order, we entered an order to show cause directing appellant to demonstrate why this appeal should not be dismissed for lack of jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Appellant has responded with a notice to withdraw the appeal, conceding this court lacks jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.        _____, J.
Parraguirre                        Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-43590

cc:    Hon. Linda Marie Bell, District Judge
       Mueller Hinds & Associates
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk